■ RALPH KASSIN, Respondent, v MARCO FARCIERT et al., Respondents, and DONALD SANTIAGO, JR., et al., Defendants and Third-Party Plaintiffs-Respondents. NICOLA RADISIC, Third-Party Defendant-Appellant. [666 NYS2d 7] —In an action to recover damages for personal injuries, the third-party defendant appeals from an order of the Supreme Court, Kings County (Rappaport, J.), dated January 9, 1997, which denied his motion for summary judgment dismissing the third-party complaint and all third-party cross claims insofar as they are asserted against him.

Ordered that the order is affirmed, with costs.

Triable issues of fact (*see,* CPLR 3212 [b]) exist as to the manner in which the accident involved in this case occurred (*see, Vasquez v Gonzalez,* 143 AD2d 413). Miller, J. P., Ritter, Sullivan, Santucci and McGinity, JJ., concur.